# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140836

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SEAN DARNELL DANIELS,
      Defendant-Appellant.

SC: 140836
COA: 287769
Wayne CC: 07-024398-FC

_____/

      On order of the Court, the application for leave to appeal the February 18, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

0621

_____
Clerk